UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RYAN BOARD #766060,

    Plaintiff,

v.

    File no: 2:19-cv-150

    HON. ROBERT J. JONKER

UNKNOWN SMITH, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 2, 2020 (ECF No. 21). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Dr. Canlas's motion for summary judgment (ECF No. 11) is **GRANTED** and Dr. Canlas is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to identify unknown party Jane Doe (ECF No. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff and Dr. Canlas's motions to strike (ECF Nos. 18 and 20) are **DENIED AS MOOT**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:   August 5, 2020          /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE